"PLAINTIFF'S MORE DEFINITE STATEMENT"

CASE NUMBER: 3:23-CV-00163

United States Courts
Southern District of Texas
FILED

SEP 07 2023

Nathan Ochsner, Clerk of Court

QUESTIONS:

1) PROVIDE the Date you were admitted to TDCJ most Recently. IF you DO not Know the exact Date PROVIDE the approximate Date (month/year). (March 2, 2009)
"I SWEAR under penalty of Perjury that these answers are true and correct to the Best of my Knowledge.)"

2) PROVIDE the dates of any PRIOR admissions to TDCJ and the Dates of your Release: (March 2001 - April 2004)
"I swear under penalty of Perjury that these answers are true & correct to the Best of my Knowledge,)"

3) PROVIDE the Date you were assigned to the Stringfellow unit: (March 10, 2021)
"I SWEAR under penalty of Perjury that these answers are true and correct to the Best of my Knowledge."

4) IN your complaint, you allege that correctional officer Peter Claver O. AJARU used force against you on July 13, 2021 at 3:00 AM. You Allege that AJARU sprayed you with pepper spray and then assaulted you with the pepper spray can, repeatedly hitting you IN the Back of the Head. You state that you recieved seven

Stiches for your injuries. Answer the following questions:

A) Where were you (for example cell, Chow Hall, clinic) when AJARU sprayed you with pepper spray?
(I was in the Chow Hall.)

B) List all persons present at the time AJaru sprayed you with pepper spray.
There was another officer present. I dont know his name. It should be in the investigation conducted by the administration. There was many inmates present. Two filed statements that I know for sure. RAFael GARZA TDCJ #01657467, also Kelley Dickey TDCJ #01859029.

C. Fully describe the situation immediately before AJARU used pepper spray against you. What was happening?
Officer AJARU ordered me out of the Chow Hall. I got up and proceeded to leave the chow hall. I had to drop off my tray. Officer AJaru followed me approximately 25 yards trying to pull my tray out of my hands. He already had his spray in his hand. I was eating my corn dogs as I was walking. I was holding my tray with one hand. He jerked my tray out of my hand and got food on himself.

"I swear under penalty of perjury that these answers are true and correct to the best of my knowledge."

D) DID AJARU SAY anything to you before He sprayed you? IF SO WHat Did He Say. Be as specific as possible.

He SaiD "GEt out of the CHow Hall."

E) Did you SAy Anything to AJARU before He sprayed you? IF SO WHat Did you SAy? Be as specific As possible.

"NO, I DiD Not SAy anthing."

F) Before AJARU sprayed you, DiD you Do anything that AJARU might Have thought was A threat or a threating move, however WRong He May Have Been? IS SO, give Details.

Officer AJARU SAiD "I thRew my tRAy At H.M." He was tryins to Pull my tRAy out of my HAND He DiDn't want me to EAt after He told me to get out of the CHow Hall.

g) How many times DiD AJARU SPRAy you? "Once."

H) was AJARU talking to you WHile He sprayed you? IF SO, WHat DiD He say? "NO. Not that I KNow of."

I) WHat Part of the BoDy DiD the Pepper SpRAy Hit? "DiRectly in my Left eye and my face."

"I SwEAR UNDer penalty of Perjury that these answers are tRue and CoRRect to the Best of My KNowleDge."

J) Approximately how much time passes between the time that AJARU sprayed you and the time He Hit you with the can? Estimate seconds or minutes. Did you say anything to AJARU during this time? Did He say anything to you? If so Explain what you or He said.

"About 1 Second Elapsed Between the time He sprayed me and He Started to Hit me. After He sprayed me I turned away from Him to walk away, Thats when He started to Strike me. NO I said Nothing to Him. As Far as I know He said Nothing to me."

K) Approximately how many times did AJARU Hit your Head with the can?

"He Struck me about 4-6 times!"

L) IF you know, What caused AJARU to Stop Hitting you? Explain Briefly What Happened.

"I Dont KNOW What caused AJARU to stop Hitting me."

M) Describe the physical Injuries you Sustained Because of AJARUs Actions. &

"I HaD 7 Staples put in the Back of my Head"

"I swear Under Penalty of Perjury that these Answers are true and correct to the Best of my Knowledge!"

N) You state that you recieved seven staples in the back of your Head. Answer the following questions

i. Where (for example, Stringfellow clinic, Hospital, Etc.) did you recieve these stitches?

"I was sent to Angelton Memorial Hospital. That is where I Recieved the seve sp staples."

ii. Provioe the Date and approximate time you Recieveo the stitches.

"July 13, 2021 5:00 Am"

"I swear unoer penalty of Perjury that these answers are true & correct to the best of my Knowleoge."

O.) Other than the stitches, did you recieve any medical attention for Injuries caused By Ajaru? If so describe any treatments you Recieveo, the Dates of the treatment, and wher you recieved the treatment.

"Lt. Poole hao Metaken to Stringfellow medical clinic where a Nurse cleaneo the wound and Banoageo it. She also cleaneo the pepper spray from my eyes." July 13, 2021 3:30 Am

"I swear under penalty of Perjury these Answers are true and correct to the Best of my Knowledge."

P) If you know, was Asaru Injured during the incident with you? If so, describe his injurie and explain How He got them.

"No. He Was not Injured"

"I swear under penalty of perjury that these answers are true and correct to the Best of my Knowledge."

5) You Bring a claim against Director Bryan Collier. State Specifically What Collier personally did (or Failed to do) that you Believe violated your rights. Provide all facts that support your against Collier.

Director Collier was not personally involved in the incident. What he Failed to do as director Is control the administration of the string fellow unit. The administration allowed the officers on string Fellow to commit many unnecessary uses of force. There was no control. Officers were allowed free riesn. Subpoena of their Records will show this.
"I swear under penalty of perjury that thes answers are true and correct to the best of my knowledge."

6) IF you know, is there any video of the Incident on July 13 2021? IF so, when did the video recording begin and end?

"There IS no video of the actual incident. There is of video that started when Lt. Poole had me taken out of the cage and led to medical. They recorded ther nurse cleaning me up."

"I swear under penalty of perjury that these answers are true and correct to the best of my knowledge."

7) Did Prison personnel take photographs of you after the incident? If so, provide the date and approximate time.

~~no, there is~~ Im not sure but I think they did. If they did it was July 13, 2021) at 6:30-7:00 Am.

"I swear under penalty of perjury that these answers are true and correct to the best of my knowledge."

8) Did you Recieve a disciplinary case in connection with the July 13, 2021 Incident. "No, there was no disciplinary case"

"I swear under penalty of perjury that these answers are true and correct to the best of my knowledge."

9) You submitted a copy of a step one grievance, grievance No. 2022135832 that you filed about the incident with aJARU. The wardens Response to the Grievance, Dated November 1, 2022, states that the incident Had Been Referred to the office of Inspector General, Case NO. 2200016294, for Further Investigation. Answer the following questions:

a. Did you File an appeal (Step 2) after Recieving this response? If Not State Why Not. If so What Response Did you Recieve?

"No, I did Not File A Step 2."

"The response to the grievance and the ongoing Investigation of the step one grievance made timely recourse to step 2 grievance unavailable to me."

"I swear under Penalty of Perjury that these answers are true and correct to the Best of my Knowledge

C. If you Know, Has the office of Ispector General completed its Investigation? If so, answer the following question.

"I Do Not Know If they Have Finished the Investigation. I know they Interviewed MR. Dickey. That is the Last I Have Heard of anything."

"I swear under Penalty of Perjury that these answers are true and correct to the Best of my Knowledge."

10) Do you seek monetary damages as relief for your claims? If so state the amount you seek. Explain the basis for you request.

"Yes, I seek monetary damages of $100,000. After the event took place I started having nightmare and couldn't sleep. Also I should not have worry about being abused. There needs to be some kind of repercussions for this type of behavior."

"I swear under penalty of perjury that these answers are true and correct to the best of my knowledge."

11). Do you seek injuctive relief for your claims? If so, state specifically what you want the court to order the defendants to do or to stop doing.

Yes, I would like the court to order the AJARU to not use excessive force. I would also like for the court to make sure Mr. Collier to has more control over his administrations.

"I swear under penalty of perjury that these answers are true and correct to the best of my knowledge."

12) What is your Date of Birth?

June 21, 1973.

"I swear under Penalty of Perjury that these answers are true and correct to the Best of my Knowledge."

13) List all Identification numbers you Have Ever Been assigned By any Jail or Prison, state or Federal (for example TDCJ Numbers, county Jail, SPN numbers, federal Prison register numbers) For all numbers listed, Identify the Particular Institution that assigned the number.

I cant Remember all of my Jail numbers or TDCJ SAFP number. I have had 2 TDCJ numbers.

The First was 01028159 issued on or about march 2001 By TDCJ at the Holliday Unit

The second was Issued March 2, 2008. The Number is 01554364. It was Issued By TDCJ at the Holliday unit.

"I swear under Penalty of Perjury that these answers are true and correct to the Best of my Knowledge."

14) List all the lawsuits, of any nature, you have ever filed in state and federal court, including the case number, full case name (including all parties) type of case, and the outcome come.

"I have never file a lawsuit of any kind in any court."

"I swear under penalty of perjury the these answers are true and correct to the best of my knowledge."

September 1, 2023     Don Barker
                      01554364


                              Signed  9/11/23

                              Don Barker