IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| DON BARKER,<br>Plaintiff, | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. 3:23-0163 |
| PETER CLAVER O AJARU, *et al.*,<br>Defendants. | §<br>§<br>§<br>§ | |

## DEFNEDANT AJARU'S ORIGINAL ANSWER AND JURY DEMAND

Defendant Peter Claver O Ajaru (hereafter, "Defendant") files this Original Answer and Jury Demand in response to Plaintiff Don Barker's (hereafter, "Plaintiff") Complaint (ECF No. 1) and More Definitive Statement (ECF No. 10) in the above-styled action.

## **ANSWER**

1. Pursuant to Federal Rule of Civil Procedure 8(b), and for the express purpose of requiring Plaintiff to meet his burden of proof, Defendant hereby denies each and every allegation contained in Plaintiff's Complaint, except those expressly admitted herein.

2. Defendant admits that, at all times relevant to this suit, Plaintiff was an inmate in the custody of the Texas Department of Criminal Justice (TDCJ), which is an agency of the State of Texas.

3. Defendant admits Plaintiff was housed at the Stringfellow Unit in Rosharon, Texas at all times relevant to the allegations in Plaintiff's Complaint.

4. Defendant admits that, at all times relevant to this suit, Defendant was an employee of TDCJ.

5. Defendant denies that he used excessive force against Plaintiff.

6. Defendant denies that he subjected Plaintiff to cruel and unusual punishment.

7. Defendant contends Plaintiff has failed to state a claim for which relief can be granted under 42 U.S.C. § 1983 or under any other statute, constitutional theory, or legal theory.

8. Defendant admits that some causes of action may be stated under certain circumstances pursuant to 42 U.S.C. § 1983, but he denies any such circumstance is present in this case.

9. Defendant denies Plaintiff was deprived of any right, privilege, or immunity granted or secured by the United States Constitution, the Texas Constitution, or any laws of the United States or State of Texas

10. Defendant denies that his actions violated Plaintiff's constitutional rights or constituted cruel and unusual punishment under the Eighth Amendment.

11. Defendant denies that Plaintiff is entitled to declaratory, injunctive, compensatory, punitive, or any other relief demanded in Plaintiff's Complaint with Jury Demand, and further denies Plaintiff is entitled to damages, attorneys' fees, interest, or costs in any amount whatsoever.

12. Defendant asserts that, at all times relevant to the allegations against him, he acted in good faith and with a reasonable belief that his actions were in compliance with the laws and Constitution of the United States; and he asserts his entitlement to qualified immunity.

13. Defendant asserts that government officials acting in their official capacities are not "persons" within the meaning of 42 U.S.C. § 1983 and generally are not proper parties to a cause of action under said statute.

## IMMUNITIES AND AFFIRMATIVE DEFENSES

14. Defendant asserts his entitlement to qualified immunity against 42 U.S.C. § 1983 causes of action and any other federal claim asserted against him in his individual capacity.

15. Defendant asserts the Eleventh Amendment bars any claim for damages brought against him in his official capacity.

16. Defendant asserts Plaintiff may have failed to properly exhaust his administrative remedies prior to filing suit, as required by the Prison Litigation Reform Act. 42 U.S.C. § 1997e.

## JURY DEMAND

17. Should trial be necessary in this suit, Defendant respectfully requests a trial by jury.

## CONCLUSION

18. Defendant prays that Plaintiff take nothing, and that Defendant be awarded his costs, and have any such other and further relief, general and specific, at law and in equity, to which he may be justly entitled.

RESPECTFULLY SUBMITTED,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**JAMES LLOYD**
Deputy Attorney General for Civil Litigation

**SHANNA E. MOLINARE**
Division Chief
Law Enforcement Defense Division

/s/ Troy M. Moyer
Assistant Attorney General
Texas Bar No. 24135530
Troy.Moyer@oag.texas.gov
Attorney-in-Charge

Office of the Attorney General
Law Enforcement Defense Division
P.O. Box 12548
Austin, TX 78711-2548
(512) 463-2080 / Fax (512) 370-9814

**ATTORNEYS FOR DEFENDANT**

<u>NOTICE OF ELECTRONIC FILING</u>

I, **Troy M. Moyer**, Assistant Attorney General of Texas, do hereby certify that I have electronically submitted for filing a true and correct copy of the above and foregoing in accordance with the Electronic Case Files System of the Southern District of Texas, Galveston Division on December 11, 2023.

<u>/s/ Troy M. Moyer</u>
TROY M. MOYER
Assistant Attorney General

<u>**CERTIFICATE OF SERVICE**</u>

I, **Troy M. Moyer**, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the foregoing has been served by placing same in the United States Mail, prepaid, within one business day of December 11, 2023, addressed to:

**Don Barker, TDCJ No. 01554364**           *Via CMRRR* 7020 1290 0000 7445 2089
**Ellis Unit**
**1697 FM 980**
**Huntsville, TX 77343**
*Plaintiff Pro Se*

<u>/s/ Troy Moyer</u>
**TROY MOYER**
Assistant Attorney General