United States District Court
Southern District of Texas
**ENTERED**
July 18, 2025
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS GALVESTON DIVISION

No. 3:23-0163

DON BARKER, TDCJ # 01554364, PLAINTIFF,

v.

PETER CLAVER O AJARU, *ET AL.*, DEFENDANTS.

## ORDER REINSTATING CASE AND DESIGNATING COUNSEL

JEFFREY VINCENT BROWN, *UNITED STATES DISTRICT JUDGE:*

Don Barker, an inmate in the Texas Department of Criminal Justice–Correctional Institutions Division (TDCJ), alleges that correctional officer Peter Claver O. Ajaru, used excessive force against him on July 13, 2021, at the Stringfellow Unit. On March 26, 2025, the court granted in part and denied in part Ajaru's motion for summary judgment. The court also granted Barker's motion for appointed counsel and entered a stay. Having located counsel willing to take the case *pro bono*, the court orders that the stay is lifted. The Clerk is instructed to reinstate this case on the court's active docket.

The following attorneys are appointed as counsel to represent the plaintiff:

1/3

**Ronnie Flack**
flack@wrightclosebarger.com
**Kyle Steingreaber**
steingreaber@wrightclosebarger.com
**Armon Mehrinfar**
mehrinfar@wrightclosebarger.com
Wright Close & Barger
One Riverway, Suite 2200
Houston, Texas 77056
(713) 572-4321

This appointment shall remain in effect until terminated or substitute counsel is appointed. The plaintiff is advised that, until the appointment of counsel is terminated, the court will accept pleadings, motions, and correspondence from counsel only. The plaintiff is further advised to communicate respectfully and to cooperate with counsel to the best of his ability.

Counsel appointed for the plaintiff is directed to file a notice of appearance within 10 days of the date of this order. Counsel may contact the Clerk's office for copies of the relevant documents in this case. Once counsel for the plaintiff has filed a notice of appearance, the court will issue a separate order setting a pretrial conference.

Counsel of record for the Office of the Attorney General, which represents Ajaru in this matter, is directed to provide the plaintiff's appointed counsel with copies of any discovery exchanged previously in this case within 30 days. Counsel for Ajaru is further directed to assist the plaintiff's counsel, if necessary, with contacting the plaintiff, either in person or by telephone, at his TDCJ unit.

2/3

**The Clerk will provide a copy of this order to the parties. The Clerk will further provide a copy of this order to plaintiff's appointed counsel by regular mail or fax and <u>by certified mail, return receipt requested</u>.**

Signed on Galveston Island this  18th  day of   July            , 2025.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE